# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUN 0 8 2020
Per _____
DEPUTY CLERK

(1) Wm Passarella     QC-6671
(Name of Plaintiff)    (Inmate Number)

301 Morard Frckville PA 17932
(Address)

(2) SAME
(Name of Plaintiff)    (Inmate Number)

_____
(Case Number)

(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Jessica Carey (B Block Unit Manger)
(2) John Wetzel (DOC)
(3) _____
(Names of Defendants)

**CIVIL COMPLAINT**

**JURY DEMAND**

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER:   X   42 U.S.C. § 1983 - STATE OFFICIALS
                         28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? __X__Yes ____No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? __X__Yes ____No

C. If your answer to "B" is Yes:

1. What steps did you take? __Grivance__

2. What was the result? __Reject many times__

D. If your answer to "B" is No, explain why not: ____

## III. DEFENDANTS

(1) Name of first defendant: __Jessica Carey__
   Employed as __Unit Manger__ at __SCI Mahanoy state Prison__
   Mailing address: __301 Morea RD Frackville Pa 17932__
(2) Name of second defendant: __John Wetzel__
   Employed as __Department of Cor__ at __Head Quarters__
   Mailing address: __1920 Technology Parkway Mechanicsburg PA 17050__
(3) Name of third defendant: ____
   Employed as ____ at ____
   Mailing address: ____
   (List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.) (REDRESS)

1. I'am a DCODE Inmate Serious mentally Health Diagnaze. I was moved off a Mental Health Treatment (2) Block AB, and BA, RTU Unit —

2

For Retaliation Purpose on Both Blocks

2. I cannot function right on a regular block, only on RTU Block. Now I'am not recieving mental health treatment. Now having mental depression, I'am not myself.

3. I requested to be put back on a (RTU) Residential Treatment Unit. Request many times to be transfered. Nobody cares about sistation. I feel I only a number!

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Mental Stress
   Duress
   Pain and Suffering,
   Injury Mental Stress, Undue Stress,

2. Duress Not Being Able to transfer to Another Jail and Denied. Not Recieving mental health Treatment

3. $75,000.00 Each Defendant B Block Unit Manger Jessica Carey!
   $75,000.00 Each Defendant Doc Head Quarters John Wetzel (Doc)

I am a D Code Inmate Serious Mental Health Diagonize I was moved off a Mental Health Treatment Block RTU Unit for Retaliation Purpose on Both Blocks!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___02___ day of ___June Tuesday___, 20__20__.

_____William Rapp_____
(Signature of Plaintiff)